IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ERGON REFINING, INC.                                                                          PLAINTIFF

VS.                                                         CIVIL ACTION NO. 3:09cv51HTW LRA

CAT TECH LLC, successor in interest to
CAT TECH, INC.                                                                                DEFENDANT

## AMENDED JUDGMENT

The Court, by an Order dated March 3, 2009, having confirmed an arbitration award dated December 17, 2008, in favor of Ergon Refining, Inc., and against Cat Tech LLC in the sum of $1,973,180.00, plus 8% simple interest on such amount accruing from December 2, 2008; now, therefore, it is

ORDERED, ADJUDGED, AND DECREED that Ergon Refining, Inc., recover from Cat Tech LLC the sum of $1,973,180.00, plus 8% simple interest on such amount accruing from December 2, 2008, until this judgment is paid in full, for which let execution issue.

SO ORDERED, ADJUDGED, AND DECREED this the 24th day of March, 2009.

s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE